

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
### E. Barrett Prettyman United States Courthouse
### 333 Constitution Avenue, N.W.
### Washington, D.C.  20001

November 14, 2007

Michael W. Dobbins, Clerk
USDC for the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

**Re: MDL No. 1869 ---In Re:  Rail Freight Fuel Surcharge Antitrust Litigation**

Dad's Products Co., Inc. v. BNSF Railway Co., et al.
     Your Case Number: C.A. No. 1:07-2954          Our Case Number: CA No. 1-07-2063
Zinifex Taylor Chemicals, Inc. v. CSX Transportation, Inc., et al.
     Your Case Number: C.A. No. 1:07-3274          Our Case Number: CA No. 1:07-2062

Dear Clerk of Court:

       Enclosed please find certified copies of the Transfer Order of the Judicial Panel
on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases
to the United States District Court for the District of Columbia.

       At your earliest convenience, please forward the case files and docket sheets as
PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov**
**Please make reference to our new case number in your transmittal letter.**

Sincerely,

Katherine Snuffer, Deputy Clerk
(202) 354-3183

Enclosures

cc: Judge Friedman
      Judicial Panel on Multidistrict Litigation